FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   DEC 1 1 2012   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

- against -

ROBERT LIS,

      Defendant.

- - - - - - - - - - - - - - - - X

PRELIMINARY ORDER
OF FORFEITURE

12-CR-309

(SJF)

WHEREAS, on November 28, 2012, the Defendant entered a plea of guilty to Count Three of the above-captioned indictment, a violation of 31 U.S.C. § 5324(a)(3), and agreed to the entry of an order forfeiting the sum of ten thousand dollars and no cents ($10,000.00) (the "Forfeiture Money Judgment") to the United States pursuant to 31 U.S.C. § 5317(C) and 21 U.S.C. § 853(p);

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, on consent by all parties, as follows:

1. Pursuant to 31 U.S.C. § 5317(C) and 21 U.S.C. § 853(p), the Defendant shall forfeit all of his right, title and interest in the Forfeiture Money Judgment, as property involved in his violation of 31 U.S.C. § 5324(a)(3), and/or as substitute assets pursuant to 21 U.S.C. § 853(p).

2. Based upon the Defendant's plea, which has been accepted by this Court, and in accordance with the Defendant's agreement, the Defendant shall remit to the government the above-

referenced forfeiture amount as provided herein. In the event the Forfeiture Money Judgment is not paid in full on or before the date of his sentence, interest will accrue on any unpaid portion of the Forfeiture Money Judgment from such date at the judgment rate of interest. Further, if the defendant fails to pay any portion of the Forfeiture Money Judgment on or before the date of his sentence, the Defendant consents to the forfeiture of any other property of his up to the amount of the Forfeiture Money Judgment, pursuant to 21 U.S.C. § 835(p), the Federal Debt Collection Procedure Act, or any other applicable law. All payments made towards the Forfeiture Money Judgment shall be made in the form of a bank or certified check payable to the "United States Marshals Service" and shall be delivered by personal messenger or overnight express delivery to Asset Forfeiture Paralegal Kristen Lake, United States Attorney's Office, Eastern District of New York, 610 Federal Plaza, 5th Floor, Central Islip, New York, 11722.

3. Upon entry of this Preliminary Order of Forfeiture, the United States Attorney General, or his designee, is authorized to conduct any proper discovery, in accordance with Fed. R. Crim. P. 32.2(b)(3) and (c), and to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

4. Pursuant to the Fed. R. Crim. P. 32.2(b)(4), this

Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in his judgment.

5. The Court shall retain jurisdiction of this action to ensure compliance with the terms of this Preliminary Order of Forfeiture.

6. The Clerk of the Court is directed to send, by inter-office mail, ten certified copies of this executed Preliminary Order of Forfeiture to FSA Asset Forfeiture Paralegal Kristen Lake, United States Attorney's Office, Eastern District of New York, 610 Federal Plaza, Central Islip, New York 11722.

Dated: Central Islip, New York
~~November   , 2012~~
December 11, 2012

s/ Sandra J. Feuerstein

HONORABLE SANDRA J. FEUERSTEIN
UNITED STATES DISTRICT JUDGE