

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   JUN 16 2014   ★

LONG ISLAND OFFICE

June 10, 2014

# MEMORANDUM

To:   The Honorable Sandra J. Feuerstein United States District Judge

From:   Kenneth F. Wong, U.S. Probation Officer

Re:   Docket Number 12-CR-309; Robert Lis

The purpose of this memorandum is to advise the Court of a delay in disclosing the presentence report (PSR) for the above-noted defendant. Although the PSR has been completed, we were unable to disclose the report in the time frame set forth per Rule 32, and meet the sentence date of June 17, 2014. As such, we respectfully request an adjournment date of three weeks to properly disclose the PSR.

RESPECTFULLY SUBMITTED:

EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

Prepared by
Kenneth F. Wong
U.S. Probation Officer
631-712-6342

Approved by
Carol Sewell Rhoden
Supervising U.S. Probation Officer
631-712-6320

Order
The application is:
_✓_ granted   Sentencing Adjourned to
___ denied    7/14/2014 at 11:15AM.
___ referred to Magistrate Judge _____
    ___ decision
    ___ report and recommendation

s/ Sandra J. Feuerstein

6/16/2014

Page 1 of 1

**SCANNED**