Howard Greenberg, Esq.
86 Court Street
Brooklyn, New York 11201
Office: 718-797-1800
Fax: 718-797-1855
Cell: 917-716-6416

June 30, 2014

**VIA EMAIL & ECF**

Kenneth F. Wong
United States Probation Officer
Central Islip, New York

### Re: Adjustment for acceptance of responsibility

Officer Wong,

    A reduction for acceptance of responsibility is warranted. I want to correct the assertion in the Presentence Report that the defendant "continued the instant offense while on bail release". The defendant did not continue in the instant offense, i.e., structuring while on bail release; no such thing has ever been alleged. As a result of a reduction for acceptance of responsibility the defendant is eligible, in the worst case, for the guidelines range at level 24 or, in the best case, probation.

Very Truly Yours,

Howard Greenberg, Esq.

Cc: Honorable Sandra F. Feuerstein
    U.S. District Court Judge
    Eastern District of New York

    AUSA Allen Bode