Howard Greenberg, Esq.
86 Court Street
Brooklyn, New York 11201
Office: 718-797-1800
Fax: 718-797-1855
Cell: 917-716-6416

July 8, 2014

<u>VIA ECF</u>

Honorable Sandra J. Feuerstein
District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

<u>Re: Lis sentencing, 2:12-CR-00309</u>

Dear Justice Feuerstein,

   I am actually engaged on trial in Albany County in <u>People V. Almontaser</u>. I am making every effort to get out if the trial continues. I will advise, later in the week, if I am going to be unavailable. I have advised AUSA Allen Bode of my status as well.

Very Truly Yours,

*Howard Greenberg*

Howard Greenberg, Esq.

Cc: AUSA Allen Bode