Howard Greenberg, Esq.
86 Court Street
Brooklyn, New York 11201
Office: 718-797-1800
Fax: 718-797-1855
Cell: 917-716-6416

July 11, 2014

**VIA ECF**

Honorable Sandra J. Feuerstein
District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Lis sentencing, 2:12-CR-00309

Dear Justice Feuerstein,

I am still engaged on trial in Albany County in People V. Almontaser (jury out for second day). Think it best to adjourn the Lis sentence so as to avoid logistics problems if deliberations go into next week. I am available in the morning and afternoon on Thursday July 17, 2014 and Friday July 18, 2014. Please advise how wish to proceed because I have to head the family off regarding long distance travel.

Very Truly Yours,

Howard Greenberg, Esq.

Cc: AUSA Allen Bode